# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| MALCOLM JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 4:18-CV-636 CAS |
| v. | ) | |
| | ) | |
| GAMACHE REAL ESTATE HOLDINGS, LLC, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

In accordance with the parties' stipulation for dismissal,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall make an entry in the docket record reflecting the dismissal of this action **with** prejudice. Fed. R. Civ. P. 41(a)(1)(A)(ii).

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 18th day of July, 2018.